UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DEMETRIUS GOHRE,

        Plaintiff,

    v.                        Case No. 23-C-952

RILEY CORNOG,

        Defendant.

## DECISION AND ORDER

Plaintiff Demetrius Gohre is incarcerated at the Columbia Correctional Institution and representing himself in this 42 U.S.C. §1983 case. On September 29, 2023, the Court screened Gohre's amended complaint and allowed him to proceed on a retaliation claim against Defendant. The Court observed, however, that the amended complaint did not include a request for relief as required by Fed. R. Civ. P. 8. The Court therefore ordered Gohre to supplement his amended complaint with a request for relief, which he did on October 18, 2023. Accordingly, the Court will order the amended complaint to be served on Defendant.

**IT IS THEREFORE ORDERED** that pursuant to the informal service agreement between Milwaukee County and this Court, copies of Gohre's amended complaint (Dkt. No. 8), the screening order (Dkt. No. 9), and this order are being electronically sent today to Milwaukee County for service on Riley Cornog.

**IT IS FURTHER ORDERED** that, pursuant to the informal service agreement between Milwaukee County and this Court, Riley Cornog shall file a responsive pleading to the amended complaint within **sixty days** of receiving electronic notice of this order.

**IT IS FURTHER ORDERED** that the parties may not begin discovery until after the Court enters a scheduling order setting deadlines for discovery and dispositive motions.

Dated at Green Bay, Wisconsin this 26th day of October, 2023.

s/ William C. Griesbach<br>
William C. Griesbach<br>
United States District Judge