# United States District Court
EASTERN DISTRICT OF WISCONSIN

DEMETRIUS GOHRE,

        Plaintiff,

  v.

**JUDGMENT IN A CIVIL CASE**
Case No. 23-C-952

RILEY CORNOG,

        Defendant.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff takes nothing, and this case is DISMISSED without prejudice for failure to exhaust administrative remedies.

                              Approved:  s/ William C. Griesbach
                                                  WILLIAM C. GRIESBACH
                                                  United States District Judge

Dated:  March 14, 2024

                                                        GINA M. COLLETTI
                                                        Clerk of Court

                                                        s/ Lori Hanson
                                                        (By) Deputy Clerk